**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| ZIAD BANAT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3-03-CV-0718B |
| | § | |
| POP RESTAURANTS, LLC, CORRAL | § | |
| GROUP, INC., GUILLERMO PERALES, | § | |
| GOLDEN RESTAURANTS, INC. | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

On May 3, 2005, Defendants herein served an Offer of Judgment on Plaintiff Ziad Banat pursuant to Federal Rule of Civil Procedure 68. This offer was for the sum of $50,000,[1] plus accrued costs.[2] Plaintiff Ziad Banat accepted this offer.

IT IS THEREFORE ORDERED and ADJUDGED that Plaintiff Ziad Banat receive from Defendants herein the total sum of Fifty Thousand and No/100 Dollars ($50,000.00) and that taxable costs of Court are to be paid by Defendants in the amount of three thousand eight hundred seventy-eight and 18/100 Dollars ($3,878.18). The Court denies all relief not granted in this Final Judgment.

SIGNED on this 13th day of June, 2005.

_____
JUDGE PRESIDING

---

[1] The $50,000.00 offer constitutes damages for Plaintiff Ziad Banat's claim for medical benefits under ERISA and for attorney's fees.

[2] As permitted by Federal Rule of Civil Procedure 54(d)(1).

APPROVED:

*/s/ Darrell R. Greer/*

MARCOS G. RONQUILLO
DARRELL GREER
GODWIN GRUBER, LLP
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270


*/s/ R.S. Ghio/*
R.S. GHIO    Signed by permission
Law office of R.S. Ghio
The Curtis Building
318 West Main Street, Suite 100
Arington, Texas 76010

# CLOSED

**CASE NUMBER: 3:03-CV-0718-B**

**DATE: JUNE 13, 2005**

**TRIAL:   YES_____   NO\_\_\_X\_\_\_\_**